UNTIED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:   CASE NO: 12-40572 -KKS

KENNETH TOBIAS DOWD and   CHAPTER 13
CONSTANCE LOVERN WILSON

Debtors.
_____/

## MOTION FOR CONVERSION TO CHAPTER 7

COMES NOW, the Debtors, by and through undersigned counsel and pursuant to 11 U.S.C Section 1307(a) requests the Court, as a matter of right, to convert the above style proceeding to a proceeding under Chapter 7 of the Bankruptcy Code.

Requested this 7th day of January, 2016.

_____
Kenneth T. Dowd

_____
Constance L. Wilson

/S/ Thomas B. Woodward
Thomas B. Woodward, Esq.
Thomas Woodward Law Firm, PLL
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
(850) 222-4818
1-844-741-5720 [Fax]
woodylaw@embarqmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon those parties on the attached Matrix by electronic filing and/or U.S Mail, postage pre-paid this 7th day of January, 2016.

/S/ Thomas B. Woodward

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 12-40572-KKS<br>Northern District of Florida<br>Tallahassee<br>Thu Jan  7 10:34:32 EST 2016 | AES/PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| Kenneth Tobias Dowd<br>3101 Connector Drive<br>Tallahassee, FL 32303-2077 | ECMC<br>P.O. Box 16408<br>Saint Paul, MN 55116-0408 | Envision Credit Union<br>c/o Conor McLaughlin<br>P.O. Box 4128<br>Tallahassee, FL 32315-4128 |
| Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | National Capital Management, LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 |
| PRA Receivables Management, LLC<br>PO BOX 41067<br>Norfolk, VA 23541-1067 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| (p)W S BADCOCK CORPORATION<br>POST OFFICE BOX 724<br>MULBERRY FL 33860-0724 | Wells Fargo Bank, N.A.<br>Douglas C. Zahm, P.A.<br>12425 28th Street, Suite 200<br>St. Petersburg, FL 33716-1826 | Constance Lovern Wilson<br>3101 Connector Drive<br>Tallahassee, FL 32303-2077 |
| eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>TUCSON, AZ 85712-1083 | Acs/Sallie Mae<br>501 Bleecker St<br>Utica, NY 13501-2401 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245-3504 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090-1630 | Beneficial/Hfc<br>Po Box 1231<br>Brandon, FL 33509-1231 |
| Cap1/Rmstr<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Dept Of Ed/Sallie Mae<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Doris Maloy, Tax Collector<br>Post Office Box 1835<br>Tallahassee, FL 32302-1835 |
| ECMC<br>Lockbox #8682<br>PO Box 16478<br>St. Paul, MN  55116-0478<br>CO Educational Credit Mgmt. Corp. | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Envision Credit Union<br>440 N Monroe St<br>Tallahassee, FL 32301-1258 |
| First Florida Credit U<br>500 W 1st St<br>Jacksonville, FL 32202-3939 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | GE Money<br>Equable Ascent Financial<br>160 N. Franklin Street, FL 3<br>Chicago, IL 60606-1869 |

| | | |
|---|---|---|
| H. Richard Bisbee P.A.<br>1882 Capital Circle NE, Ste. 206<br>Tallahassee, FL 32308-4568 | HSBC Bank Nevada<br>8875 Aero Dr<br>San Diego, CA 92123-2251 | HSBC Retail Services/Room Store<br>PO BOX 5238<br>Carol Stream, IL 60197-5238 |
| Household Bankcard Nevada<br>8875 Aero Drive<br>San Diego, CA 92123-2251 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | InSolve Recovery, LLC, c/o Capital Recovery<br>Dept 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lowes<br>PO BOX 53094<br>Atlanta, GA 30355-1094 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 |
| Merrick Bank<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123-2255 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Mott Buick<br>1302 Howard Street West<br>Live Oak, FL 32064 | National Capital Management, LLC<br>PO Box 12786<br>Norfolk, VA 23541-0786 |
| National Credit Adjust<br>327 W 4th Ave<br>Hutchinson, KS 67501-4842 | National Credit Adjust<br>Kay Jewelers<br>327 W 4th Ave<br>Kay Jewelers<br>Hutchinson, KS 67501-4842 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Portfolio Recvry&Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | Rapid Recovery Solutions, INC<br>25 Orville Drive, Suite 101a<br>Bohemia, NY 11716-2510 |
| SLM Trust<br>c/o Xerox<br>PO Box 22724<br>Long Beach, CA 90801-5724 | Sallie Mae Inc. on behalf of<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA. 30374-0351 | Santander Consumer USA Inc.<br>Servicer for CitiFinancial Auto Corp.<br>PO Box 961245<br>Ft. Worth, TX 76161-0244 |
| Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Wachovia/Acs<br>501 Bleecker St<br>Utica, NY 13501-2401 | Wells Fargo Bank, N. A. on behalf of United<br>Attn: Bky Lit. Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 |
| Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC#D3347-014<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | United States Trustee +<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |

| | | |
|---|---|---|
| Leigh D. Hart + <br> P.O. Box 646 <br> Tallahassee, FL 32302-0646 | Thomas B. Woodward + <br> Thomas B. Woodward, Atty. <br> P.O. Box 10058 <br> Tallahassee, FL 32302-2058 | Secretary of the Treasury + <br> U.S. Treasury Department <br> 15th & Pennsylvania Ave. <br> Washington, DC 20220-0001 |
| Internal Revenue Service + <br> P.O. Box 7346 <br> Philadelphia, PA 19101-7346 | Kenneth W. Lockwood + <br> eXL Legal, PLLC. <br> 12425 28th Street N <br> Suite #200 <br> St. Petersburg, FL 33716-1826 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Securities & Exchange Commission <br> Branch of Reorganization <br> 3475 Lenox Rd., N.E. Suite 100 <br> Atlanta, GA 30326-1323 | W. S. Badcock Corporation <br> Post Office Box 232 <br> Mulberry, FL 33860 | (d)Badcock <br> 1140 W. Tharpe Street <br> Tallahassee, FL 32304 |
| Jefferson Capital Systems LLC <br> PO Box 953185 <br> St Louis MO 63195-3185 | (d)Jefferson Capital Systems LLC <br> Po Box 7999 <br> Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC <br> POB 41067 <br> Norfolk, VA 23541 |
| (d)W. S. Badcock Corporation <br> Post Office Box 232 <br> Mulberry, FL 33860 | Wells Fargo Hm Mortgag <br> 8480 Stagecoach Cir <br> Frederick, MD 21701 | (d)Elizabeth A. Cleveland + <br> W. S. Badcock Corporation <br> P. O. Box 232 <br> Mulberry, FL 33860 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Aes/Pheaa <br> Po Box 8147 <br> Harrisburg, Pa 17105-8147 | (d)Capital One, N.A. <br> Bass & Associates, P.C. <br> 3936 E. Ft. Lowell Road, Suite #200 <br> Tucson, AZ 85712-1083 | (d)ECMC <br> PO Box 16408 <br> Saint Paul, MN 55116-0408 |
| (d)Envision Credit Union <br> c/o Conor McLaughlin <br> P.O. Box 4128 <br> Tallahassee, FL 32315-4128 | (d)HSBC Bank Nevada <br> 8875 Aero Drive <br> San Diego, CA 92123-2251 | (d)National Capital Management, LLC. <br> PO Box 12786 <br> Norfolk, VA 23541-0786 |
| (d)eCAST Settlement Corporation <br> c/o Bass & Associates, P.C. <br> 3936 E Ft. Lowell, Suite 200 <br> Tucson, AZ 85712-1083 | End of Label Matrix <br> Mailable recipients    64 <br> Bypassed recipients    7 <br> Total                 71 | |